

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-19-2004

# USA v. Valentin

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-1094

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Valentin" (2004). *2004 Decisions.* Paper 995.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/995

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 03-1094
_____


UNITED STATES OF AMERICA

v.

DOMINGO VALENTIN,

Appellant.


_____
ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

District Judge:  The Honorable Stephen M. Orlofsky
(D.C. Criminal No. 01-cr-00106-2)
_____

Submitted Under Third Circuit LAR 34.1(a)
January 29, 2004


BEFORE: NYGAARD and FUENTES, Circuit Judges,
and O'NEILL,* District Judge.

(Opinion Filed: February 19, 2004)
_____

OPINION OF THE COURT
_____

_____

*        Honorable Thomas N. O'Neill, Jr., Senior District Judge for the United States
District Court for the Eastern District of Pennsylvania, sitting by designation.

FUENTES, <u>Circuit</u> <u>Judge</u>.

Appellant Domingo Valentin pled guilty to conspiracy to distribute and possess with intent to distribute at least five kilograms of cocaine, in violation of 21 U.S.C. § 841, 846. The District Court sentenced Valentin to 120 months imprisonment, which was the statutory minimum for his offense. Valentin filed a notice of appeal, *pro se*, and we appointed Michael E. Riley, Esq., to assist with the appeal. Attorney Riley filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 744 (1967). Counsel indicated that there are no non-frivolous issues for appeal.

We have carefully reviewed the Appellant's brief, along with the responsive brief of the United States and other matters of record. Valentin did not file a *pro se* responsive brief. We conclude, after our own review of the entire record, that the District Court did not err. Accordingly, the judgment of the District Court will be affirmed, and the motion of defense counsel to withdraw will be granted.

TO THE CLERK:

Please file the foregoing opinion.

/s/ Julio M. Fuentes, Circuit Judge

2